THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CASE NO. CV-01319-UNA

DAVID LEE SMITH ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED
APPELLANTS

VS.

UNITED STATES OF AMERICA
WILLIAM K. SUTER
STATE OF NORTH CAROLINA
MICHEAL F. EASLEY
LEXIS PUBLISHING
NANCY S. NASH
APPELLEES

MOTION: AMENDED NOTICE OF APPEAL PURSUANT TO THE FED. RULE APPELLANT PROCEEDURE U.S.S.C. RULE-11, 18 (1-13) AND 28 U.S.C. SECTION 2101(E)

AMENDED NOTICE OF APPEAL IS HERE-BY GIVEN TO THIS COURT OF THE JUDGEMENT ENTERED IN THIS CASE ON JUNE 29, 2005.

APPELLANT DOES SEEK THE U.S.S.C. REVIEW OF HIS 1983 COMPLAINT, THIS 21ST DAY OF AUGUST 2005.

PROOF OF SERVICE U.S.S.C. RULE-29

APPELLANT UNDER THE PENALTY OF PERJURY SWEARS COPIES OF THIS MOTION WERE SENT TO APPELLEE ATTORNEYS BY USE OF THE U.S. MAIL ON ABOVE DATE.

ALBERTO GONZALES
950 PENNSYLVANIA AVE. N.W.
WASHINGTON D.C.
20530-0001

ROY A. COOPER III
P.O. BOX 629
RALEIGH N.C.
27602

NANCY S. NASH
P.O. BOX 7587
CHARLOTTESVILLE VA.
22906

PRO-SE APPELLANT
DAVID LEE SMITH
#0375340
P.O. BOX 280
POLKTON N.C.
28135

SIGNED X David Lee Smith